**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| KATHRINE MILLER, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **Case No.:** 1:17-cv-00856-MJG |
| v. | ) | |
| | ) | |
| TRS RECOVERY SERVICES, INC., | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

**NOTICE OF SETTLEMENT**

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days. The parties therefore request a Rule 111 Order for 60 days.

Dated: June 21, 2017

BY: */s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: aginsburg@creditlaw.com
Attorney for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June, 2017, a true and correct copy of the

foregoing pleading was served via ECF and email to the below:

Christopher P. Demetriades
General Counsel for TRS Recovery Services, Inc.
14141 Southwest Freeway
Sugar Land TX 77478
christopher.demetriades@firstdata.com

Dated: <u>June 21, 2017</u>                    BY: <u>*/s/ Amy L. Bennecoff Ginsburg*</u>
                                              Amy L. Bennecoff Ginsburg, Esquire
                                              Kimmel & Silverman, P.C.
                                              30 E. Butler Avenue
                                              Ambler, PA 19002
                                              Phone: (215) 540-8888
                                              Facsimile: (877) 788-2864
                                              Email: aginsburg@creditlaw.com
                                              Attorney for the Plaintiff